## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

IN RE:

BENITA R. BENNETT AKA BENITA R
WILLIAMS

       DEBTOR

IN PROCEEDINGS UNDER CHAPTER 13

CASE NO: 22-13420-aih

JUDGE: ARTHUR I. HARRIS

### OBJECTION TO CONFIRMATION OF PLAN

Now comes the secured creditor, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP6, Asset Backed Pass-Through Certificates, ("Creditor") as the holder of the mortgage lien against the debtor's principal place of residence located at 26350 Morning Glory Lane, Oakwood Village, OH 44146 and hereby objects to confirmation of the Debtor's plan.

Creditor states that the Debtor's proposed plan indicates payment of $38,852.33 in arrearages to HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP6, Asset Backed Pass-Through Certificates. However, the arrearage claim to be filed by HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP6, Asset Backed Pass-Through Certificates is in the approximate amount of $57,903.41.

WHEREFORE, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity

Loan Trust, Series 2006-ASAP6, Asset Backed Pass-Through Certificates objects to the confirmation of the debtor's proposed plan.

<div style="margin-left:40%">

Respectfully Submitted,

/s/ Matthew Murtland
LOGS Legal Group LLP
Christopher G. Phillips 0074249
Matthew Murtland 0088290
Phillip Barragate 0063017
Kerri N. Bruckner 0074024
Tamara Gurchik 0090798
Zachary G. Edwards MO63798
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: logsecf@logs.com

</div>

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on 12/12022, a copy of the foregoing was served to the following:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Renee Heller, Renee Heller, Attorney at Law, on behalf of Benita R. Bennett, debtor(s), at rhlegal@aol.com

Lauren A Helbling, on behalf of the Chapter 13 Trustee's office at lhelbling13@ecf.epiqsystems.com

And by regular U.S. mail, postage prepaid, on:

Benita R. Bennett a/k/a Benita R Willaims, 26350 Morning Glory Lane, Bedford, OH 44146

/s/ Matthew Murtland
LOGS Legal Group LLP
Christopher G. Phillips 0074249
Matthew Murtland 0088290
Phillip Barragate 0063017
Kerri N. Bruckner 0074024
Tamara Gurchik 0090798
Zachary G. Edwards MO63798
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: logsecf@logs.com